In the Matter of DEBRA SARFATY, Respondent, v RALPH RECINE, Appellant. [867 NYS2d 704]

"[T]he award of reasonable counsel fees is a matter within the sound discretion of the trial court" (*Matter of Grald v Grald,* 33 AD3d 922, 923 [2006]). Under the facts of this case, the Family Court providently exercised its discretion in awarding the mother a money judgment for an award of an attorney's fee in the sum of $16,770 (*see* Family Ct Act § 438 [a], [b]; *Matter of Israel v Israel,* 273 AD2d 385 [2000]). Mastro, J.P., Rivera, Fisher and Eng, JJ., concur.